UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:24-CR-227 SEP/PLC |
| DAVID S. BECKER | ) ) ) |
| Defendant. | ) ) |

**UNITED STATES' MEMORANDUM IN RESPONSE TO
THE DEFENDANT'S POST HEARING BRIEF**

Comes now the United States of America, by and through its Attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Jillian S. Anderson, Assistant United States Attorney for said District, and files this memorandum in response to the Defendant's post-hearing brief, and states as follows:

1. The post-hearing brief of the Defendant does not present any new material factual assertions nor legal arguments beyond those previously addressed in the Government's 22-page memorandum in opposition to the Defendant's motion to suppress evidence that was filed by the Government on October 4, 2024 (Doc. 41), and which is incorporated by reference herein.

2. An evidentiary hearing on the Defendant's motion to suppress evidence was held on December 12, 2024. In that hearing, Det. Amy Erwin with the St. Louis County Police Department testified that she presented a search warrant application and affidavit to search the residence of Defendant Becker to the Hon. Megan Julian of the St. Louis County Circuit Court (attached as exhibit 4 to the Government's memorandum in

1

opposition to the Defendant's motion to suppress evidence (Doc. 41) and admitted into evidence as Exhibit 4 in the evidentiary hearing on December 12, 2024 (Doc. 50)). Det. Erwin further testified that the information contained in the search warrant application and affidavit was true to the best of her information and belief.

3. This Court's review of the sufficiency of the probable cause established by the search warrant affidavit is limited to a review of the information contained within the search warrant itself. *United States v. Smith*, 581 F.3d 692, 694 (8th Cir.2009). This Court must give deference to Judge Julian's determination that there was sufficient probable cause to issue a search warrant for the residence of the Defendant based upon the information contained in Det. Erwin's affidavit. *Id*. Even assuming that this Court finds insufficient probable cause in Det. Erwin's affidavit, law enforcement relied in good faith on the search warrant issued by Judge Julian and suppression would be unwarranted. *United States v. Taylor*, 119 F.3d 625, 629 (8th Cir.1997)

Wherefore, the United States respectfully requests that the Defendant's Motion to Suppress Evidence be denied.

> Respectfully submitted,
>
> SAYLER A. FLEMING
> United States Attorney
>
> */s/Jillian S. Anderson*
> JILLIAN S. ANDERSON, #53918MO
> Assistant United States Attorney
> 111 South 10th Street, Rm. 20.333
> St. Louis, Missouri 63102
> 314-539-2200
> jillian.anderson@usdoj.gov

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel for the Defendant, Joseph Hogan.

*/s/ Jillian S. Anderson*
JILLIAN S. ANDERSON, #53918MO
Assistant United States Attorney

3